STATE of Missouri, Respondent,

v.

Charles A. DELANEY, Appellant.

No. WD 74672.

Missouri Court of Appeals,
Western District.

June 11, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 2013.

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Andrew Hooper, Jefferson City, MO, Counsel for Respondent.

Before: GARY D. WITT, P.J.,
THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

## ORDER

PER CURIAM:

Mr. Charles A. Delaney appeals the jury convictions of unlawful use of a weapon,

second-degree murder, and armed criminal action for acting in concert with another.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).